# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Esdjar Lopes-Villa
YOB: 1986

Principal, United States District Court
Southern District of Texas
FILED

JUL 3 0 2016

. Clerk of Court

## CRIMINAL COMPLAINT

Case Number:

M-16-1452-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **7/29/16** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Roberto Lopez-Mejia a citizen and national of Honduras and Richard Alexander Ramos-Alvarez a citizen and national of Guatemala, along with thirty-six (36) other undocumented aliens, for a total of thirty-eight (38), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)**  **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On July 27, 2016, Border Patrol agents received information about a house located at 2507 Megan Drive, Mission, Texas that was being used to harbor illegal aliens.

On July 28, 2016, agents conducted surveillance on the house in question. Agents observed a grey Ford Explore at the location. No suspicious activity was observed that day.

On July 29, 2016, agents continued to conduct surveillance. Agents observed the same grey Ford Explorer along with a green Ford Escape at the target location. Agents observed that the green Ford Escape was backed up to the front door of the residence. Moments later, the agents observed the green Escape departing the residence; agents followed the green Escape to the parking lot of a nearby convenience store. There, agents observed the green Escape park next to a silver Infinity sedan.
**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

_____
Signature of Complainant

Franciso Armendariz    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

July 30, 2016                            at    McAllen, Texas
Date                                            City and State

Dorina Ramos                , U. S. Magistrate Judge       *Dorina Ramos*
Name and Title of Judicial Officer                  Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-/452-M

RE: **Esdjar Lopes-Villa**                          A209 287 534

**CONTINUATION:**

Agents witnessed the driver of the green Escape exit the vehicle and retrieve some plastic bags from the trunk of the Infinity. It appeared that the plastic bags contained food items. The driver of the Escape placed the bags in the Escape and drove back to the residence in question. At that point, agents contacted Hidalgo County Constable Office Pct. 4 for assistance with the investigation.

Agents then observed the green Escape leaving the residence again. Agents followed the Escape to the Stripes convenience store located on Doffing Road and U.S. Highway 107. There, agents along with a uniformed Deputy Constable approached the driver of the Escape. Agents identified themselves as Border Patrol Agents and questioned the subject as to his immigration status. The subject was identified as Esdjar LOPES-Villa. LOPES was questioned about the residence located at 2507 Megan Drive in Mission, Texas. LOPES admitted of having eight to ten illegal aliens in the residence. LOPES also admitted to being a citizen of Mexico illegally present in the United States. LOPES was read his rights and agreed to answer questions. During the field interview, the agents asked LOPES for consent to search the residence in question but he stated he could not give consent because he did not reside there. LOPES indicated that he had been to that residence only twice before to drop off food for the illegal aliens.

Agents along with Hidalgo County Constables conducted a consensual knock and talk at the residence. As the agents knocked at the front door, several subjects began jumping out of windows attempting to abscond. Agents were able to apprehend those subjects. Agents continued to knock on the front door and a male subject opened the door. After the door opened, agents asked the subjects to exit the house. Twenty-eight (28) subjects voluntarily walked out. Agents then accompanied some of the illegal aliens inside the house to retrieve their property and found three additional subjects hiding inside. A total of thirty-eight (38) illegal aliens were detained at the residence.

PRINCIPAL STATEMENT: (Esdjar LOPES-Villa)

LOPES-Villa Esdjar was read the Miranda Rights and agreed to provide a sworn statement without the presence of an attorney.

Esdjar LOPES-Villa a citizen of Mexico, stated that an unknown man offered him a job to drop off food and water to illegal aliens at the stash house. LOPES agreed to the job and admitted he was going to get paid $20.00 USD to $30.00 USD per day. LOPES indicated he would only drop off tuna and water.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN, TEXAS**

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16-1452-M

RE:     Esdjar Lopes-Villa                     A209 287 534

**CONTINUATION:**

**MATERIAL WITNESS STATEMENT - 1**

Roberto LOPEZ-Mejia was read his Miranda Rights and agreed to provide a statement without an attorney present.

Roberto LOPEZ-Mejia a citizen of Honduras, stated his father paid $3,000.00 USD for him to be smuggled into the United States. LOPEZ also stated he crossed illegally on July 24, 2016 with five others. LOPEZ indicated that once in the United States, an unknown man drove them to the house where he was arrested today. LOPEZ mentioned that once they arrived at the stash house, the unknown man told them to get out the car and go inside the house. LOPEZ indicated that the time he was at the stash house, one subject would come every day to drop off food and water.

Roberto LOPEZ-Mejia identified Esdjar LOPES-Villa through a photo lineup as the person who would deliver food and water to them every day.

**MATERIAL WITNESS STATEMENT - 2**

Richard Alexander RAMOS-Alvarez was read his Miranda Rights and agreed to provide a statement without an attorney present.

Richard Alexander RAMOS-Alvarez a citizen of Guatemala, stated his father paid an unknown amount of money for him to be smuggled into the United States. RAMOS also stated that he crossed illegally into the United States approximately twenty days ago. RAMOS stated that once in the United States, he was taken to the stash house he was arrested today. RAMOS mentioned the same man would come once a day to drop off food and water for the entire time he was at the stash house.

Richard Alexander RAMOS-Alvarez identified Esdjar LOPES-Villa through a photo lineup as the man who would drop off food and water at the stash house.